IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| ZINA JEMELLE CARTER, | : | CASE NO. 17-63414-WLH |
| | : | |
| Debtor. | : | |
| | : | |
| _____ | : | |
| WELLS FARGO BANK, N.A., DBA WELLS FARGO DEALER SERVICES, | : | |
| | : | |
| Movant, | : | CONTESTED MATTER |
| | : | |
| v. | : | |
| | : | |
| ZINA JEMELLE CARTER, Debtor; and NANCY J. WHALEY, Trustee, | : | |
| | : | |
| Respondents. | | |

## **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

COMES NOW Wells Fargo Bank, N.A., dba Wells Fargo Dealer Services (the "Movant"), a creditor of the referenced Debtor, and hereby moves this Court to deny confirmation of Debtor's Chapter 13 Plan. In support of its objection, the Movant shows the Court as follows:

1.

On July 31, 2017, Zina Jemelle Carter ("Debtor") filed a Voluntary Petition pursuant to 11 U.S.C. Section 1301 et seq., and said case is presently pending before this Court.

2.

Movant has a net claim in this case in the approximate amount of $17,972.95 secured by a 2013 Cadillac CTS (the "Collateral").

3.

Debtor's Chapter 13 Plan proposes two (2) methods of paying Movant's claim: one is to pay Movant's secured claim of $17,972.95 at $11,849.00 at 5.99%, with $0.00 monthly pre-

confirmation adequate protection payments and $702.81 monthly post-confirmation payments. The other proposed method is for Debtor to pay Movant $702.81 outside of the plan. Debtor must specify how Movant's claim will be treated in this bankruptcy case.

4.

Movant objects to the first method of treatment of its claim in the proposed plan. Movant should receive no less than its full claim amount. The base NADA value of the Collateral during the month of filing was $17,600.00. See attached a copy of the referenced NADA value. After including the $1,625.00 mileage addition for claimed 49,467 miles, the value increases to $19,225.00. As the NADA value of the Collateral over secures the Movant's claim, the plan must be amended to pay Movant its full claim amount of $17,972.95.

5.

Debtor is not providing Movant with an adequate enough risk factor. The prime rate of interest was 4.25% the month this case was filed. Both of Debtor's prior cases were dismissed within a month for failure to file the list of creditors. Given Debtor's history of failure to properly prosecute two (2) bankruptcy cases, *Till* suggests the appropriate risk factor in this case to be 9.00%. Accordingly, the plan cannot be confirmed without an interest rate of at least 9.00%.

6.

The Collateral is depreciating through use and over time and the Debtor is not adequately protecting Movant's interest in the Collateral. Debtor is not proposing any pre-confirmation adequate protection payments in violation of 11 U.S.C. Section 1326(a)(1)(C). The NADA value of the Collateral depreciated at an average rate of $508.33 in the 12 months prior to the filing date based upon a drop in value between the July 2016 base NADA value of $23,700.00 and the July 2017 base NADA value of $17,600.00. Accordingly, the Debtor must adequately protect Movant's interest in the Collateral by retroactively increasing pre-confirmation payments to match the high rate of depreciation.

Any increase in pre-confirmation adequate protection payments needs to be made to have the effect of being retroactive to the filing date to pay Movant the correct amount of adequate protection (i.e., a lump sum amount that will be enough to make up for the difference in adequate protection previously disbursed by the Trustee and what Movant is entitled to).

7.

This case may not be feasible in contravention of 11 U.S.C. §1325(a)(6). Debtor bears the burden of proving all elements of confirmation, including the feasibility of this case and should be required to produce documents to support all income and expenses listed on Schedules I and J. Any further increases in Plan payments may render the Plan unfeasible.

8.

The specific terms of the proposed plan itself are not proposed in good faith in violation of 11 U.S.C. §1325(a)(3).

9.

Movant has no proof of full coverage insurance on the Collateral and is therefore not adequately protected.

WHEREFORE, the Movant prays that its Objection to Confirmation of Chapter 13 Plan be inquired into and sustained and that it has such other and further relief as this Court deems just and proper.

This September 14, 2017.

                              The Law Office of
                              LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
                              Attorneys for Movant

                              By:  /s/Philip L. Rubin
                                    Philip L. Rubin
                                    Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com

8/17/2017

**NADA Used Cars/Trucks**

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2013 Cadillac CTS Coupe 2D Performance 3.6L V6 |
| Region: | Southeastern |
| Period: | July 31, 2017 |
| VIN: | 1G6DJ1E32D0129731 |
| Mileage: | 49,467 |
| Base MSRP: | $43,950 |
| Typically Equipped MSRP: | $47,730 |

## NADA Used Cars/Trucks Values

| Auction* | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Low | $9,500 | $1,152 | N/A | **$10,652** |
| Average | $13,675 | $1,152 | N/A | **$14,827** |
| High | $17,875 | $1,152 | N/A | **$19,027** |
| Trade-In | | | | |
| Rough | $11,750 | $1,625 | N/A | **$13,375** |
| Average | $13,625 | $1,625 | N/A | **$15,250** |
| Clean | $15,200 | $1,625 | N/A | **$16,825** |
| Clean Loan | $13,700 | $1,625 | N/A | **$15,325** |
| Clean Retail | $17,600 | $1,625 | N/A | **$19,225** |

*The auction values displayed include typical equipment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

NADA Used Car Guide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report.
NADA Used Car Guide and its logo are registered trademarks of National Automobile Dealers Association, used under license by J.D. Power and Associates.
©2017 J.D. Power and Associates

**CADILLAC** — 39

| Rough Trade-in | Average Trade-in | Clean Trade-in | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| **2014 XTS-V6** | | | | | | | **Mileage Class: IV** | |
| 18375 | 20475 | 22225 | Sedan 4D | 1L5 | 44600 | 4006 | 20025 | 25550 |
| 20050 | 22200 | 24000 | Sedan 4D Luxury | 1M5 | 49510 | 4006 | 21600 | 27400 |
| 22575 | 24775 | 26625 | Sedan 4D Luxury (AWD) | 1N5 | 51315 | 4215 | 23975 | 30125 |
| 23775 | 26025 | 27900 | Sedan 4D Premium | 1P5 | 54455 | 4006 | 25125 | 31450 |
| 25750 | 28025 | 29925 | Sedan 4D Premium (AWD) | 1R5 | 56260 | 4215 | 26950 | 33550 |
| 29200 | 31525 | 33475 | Sedan 4D Premium V-Sport (AWD) | 1V5 | 62095 | 4215 | 30150 | 36775 |
| 27000 | 29300 | 31225 | Sedan 4D Platinum | 1S5 | 61750 | 4006 | 28125 | 34900 |
| 28975 | 31300 | 33250 | Sedan 4D Platinum (AWD) | 1T5 | 63555 | 4215 | 29925 | 36975 |
| 32425 | 34800 | 36800 | Sedan 4D Platinum V-Sport (AWD) | 1W5 | 69095 | 4215 | 33125 | 40200 |
| **2014 ELR-4 Cyl.** | | | | | | | **Mileage Class: IV** | |
| 23625 | 25850 | 27725 | Coupe 2D | R(L/N)1 | 75000 | 4070 | 24975 | 30525 |
| 24600 | 26850 | 28725 | Coupe 2D Luxury | R(M/P/R/S)1 | 76695 | 4070 | 25875 | 31550 |

**CADILLAC OPTIONS**

| | Trade-in/Loan | Retail | | Trade-in/Loan | Retail |
|---|---|---|---|---|---|
| **Add** Driver Assist Pkg. (Std. CTS Premium, XTS Platinum) | 750 | 850 | **Add** Navigation (Std. CTS Sed Performance, Premium, Platinum, V-Sport, V-Series, ELR) | 750 | 850 |
| **Add** Touring Pkg. (CTS Cpe/Wgn Premium) | 1200 | 1350 | **Add** Rear Entertainment System | 675 | 750 |
| **Add** Certified Pre-Owned (ATS) | | 1375 | **Ded** W/out AT (Ex. V-Series) | 825 | 825 |
| **Add** Certified Pre-Owned (CTS) | | 1750 | **Ded** W/out Leather (CTS Sedan) | 725 | 725 |
| **Add** Certified Pre-Owned (ELR) | | 1750 | **Ded** W/out Power Sunroof (Ex. CTS/XTS Base, ELR) | 725 | 725 |
| **Add** Certified Pre-Owned (XTS) | | 1800 | | | |
| **Add** Magnetic Ride Control (CTS Sedan Luxury) | 1225 | 1375 | | | |

| Rough Trade-in | Average Trade-in | Clean Trade-in | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| **2013 ATS-4 Cyl.** | | | | | | | **Mileage Class: IV** | |
| 11925 | 13825 | 15400 | Sedan 4D | AA5RA | 33095 | 3315 | 13875 | 17650 |
| 12425 | 14325 | 15925 | Sedan 4D Turbo | AA5RX | 34900 | 3403 | 14350 | 18200 |
| 12625 | 14550 | 16150 | Sedan 4D Turbo (AWD) | AG5RX | 36900 | 3543 | 14550 | 18475 |
| 14150 | 16125 | 17775 | Sedan 4D Luxury | AB5()A | 37590 | 3315 | 16000 | 20175 |
| 14250 | 16225 | 17875 | Sedan 4D Luxury Turbo | AB5()X | 39395 | 3403 | 16100 | 20275 |
| 14350 | 16325 | 17975 | Sedan 4D Luxury (V6) | AB5()3 | 41195 | 3461 | 16200 | 20375 |
| 15075 | 17075 | 18750 | Sedan 4D Luxury Turbo (AWD) | AH5()X | 41395 | 3543 | 16875 | 21200 |
| 15250 | 17250 | 18925 | Sedan 4D Luxury (AWD, V6) | AH5()3 | 43195 | 3629 | 17050 | 21375 |
| 15625 | 17650 | 19350 | Sed Performance Turbo | A(C/D)5SX | 41895 | 3403 | 17425 | 21825 |
| 15725 | 17750 | 19450 | Sed Performance (V6) | A(C/D)5S3 | 43695 | 3461 | 17525 | 21925 |
| 16175 | 18225 | 19925 | Sed Perf Turbo (AWD) | A(J/K)5SX | 43895 | 3543 | 17950 | 22425 |
| 16275 | 18325 | 20025 | Sed Performance (AWD, V6) | A(J/K)5S3 | 45695 | 3629 | 18025 | 22525 |
| 16250 | 18300 | 20000 | Sedan 4D Premium Turbo | A(E/F)5SX | 44895 | 3403 | 18000 | 22500 |
| 16350 | 18400 | 20100 | Sedan 4D Premium (V6) | A(E/F)5S3 | 46695 | 3461 | 18100 | 22625 |
| 17000 | 19075 | 20800 | Sed Premium Turbo (AWD) | A(L/M)5SX | 45995 | 3543 | 18725 | 23350 |
| 18075 | 20175 | 21925 | Sed Premium (AWD, V6) | A(L/M)5S3 | 47795 | 3629 | 19750 | 24525 |
| **2013 CTS-V6** | | | | | | | **Mileage Class: IV** | |
| 16100 | 18125 | 19825 | Coupe 2D | DA1 | 38905 | 3898 | 17850 | 22275 |
| 16700 | 18750 | 20475 | Coupe 2D (AWD) | DC1 | 40805 | 4096 | 18450 | 22950 |
| 17375 | 19450 | 21175 | Coupe 2D Performance | D(J/K)1 | 43950 | 3898 | 19075 | 23700 |
| 18575 | 20675 | 22450 | Coupe 2D Performance (AWD) | D(L/M)1 | 45850 | 4096 | 20225 | 25025 |
| 19750 | 21900 | 23700 | Coupe 2D Premium | DP1 | 48150 | 3898 | 21350 | 26325 |
| 20525 | 22700 | 24500 | Coupe 2D Premium (AWD) | DS1 | 50050 | 4096 | 22050 | 27175 |
| 33650 | 36050 | 38050 | Coupe V-Series (V8, AT/6 Spd.) | DV1 | 63215 | 4217 | 34250 | 41150 |
| 13650 | 15600 | 17225 | Sedan 4D Luxury | D(E/F)5 | 39095 | 3851 | 15525 | 19550 |
| 14525 | 16500 | 18150 | Sedan 4D Luxury (AWD) | D(G/H)5 | 40920 | 4034 | 16350 | 20525 |
| 15875 | 17900 | 19600 | Sedan 4D Performance | D(J/K)5 | 43340 | 3920 | 17650 | 22025 |
| 16650 | 18700 | 20425 | Sedan 4D Performance (AWD) | D(L/M)5 | 45240 | 4118 | 18400 | 22900 |
| 17900 | 20000 | 21750 | Sedan 4D Premium | DP5 | 48290 | 3920 | 19575 | 24300 |
| 19125 | 21250 | 23025 | Sedan 4D Premium (AWD) | DS5 | 50190 | 4118 | 20725 | 25625 |
| 33475 | 35875 | 37875 | Sedan V-Series (V8, AT/6 Spd.) | DV5 | 63215 | 4222 | 34100 | 40975 |
| 12650 | 14575 | 16175 | Wagon 4D | DA8 | 39205 | 4026 | 14575 | 19250 |
| 12950 | 14875 | 16500 | Wagon 4D (AWD) | DC8 | 41105 | 4204 | 14850 | 19575 |

JUL 2016 H

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| ZINA JEMELLE CARTER | : | CASE NO. 17-63414-WLH |
| | : | |
| Debtor. | : | |
| | : | |
| WELLS FARGO BANK, N.A., DBA WELLS FARGO DEALER SERVICES, | : | |
| | : | |
| Movant, | : | CONTESTED MATTER |
| | : | |
| v. | : | |
| | : | |
| ZINA JEMELLE CARTER, Debtor; and NANCY J. WHALEY, Trustee, | : | |
| | : | |
| Respondents. | | |

## CERTIFICATE OF SERVICE

The undersigned, Philip L. Rubin, hereby certifies that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that I served the OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN on the following parties 1) electronically, if allowed by and pursuant to the requirements of local rule, or 2) by depositing same in the United States Mail in properly addressed envelope(s) with adequate postage to all others, as follows:

Zina Jemelle Carter
4083 Mabry Road
Roswell, GA 30075

David Visser Houtsma
2435 Creek Tree Lane
Cumming, GA 30041

Nancy J. Whaley
Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

    This September 14, 2017.

                The Law Office of
                LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
                Attorneys for Movant


                By: /s/Philip L. Rubin
                     Philip L. Rubin
                     Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com